UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAULA FAUST, et al.,
    Plaintiffs,

vs.

SR BROCK APARTMENTS, LLC,
Dba PERSONAL SENIOR CARE HOMES
OF WEST CHESTER, et al.,
    Defendants.

Case No. 1:15-cv-475
Litkovitz, M.J.

**ORDER**

The Court has been advised by the parties that this case has been settled.

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown and before December 31, 2016, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

**IT IS SO ORDERED.**

Date: 6/1/16

Karen L. Litkovitz
United States Magistrate Judge